■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS QUINONES, Appellant.—Judgment, Supreme Court, New York County, rendered December 9, 1976, convicting defendant on his plea of guilty of grand larceny, third degree, and imposing sentence of 1½ to 3 years' imprisonment, unanimously modified, on the law, on consent, to reduce the sentence to time served, and otherwise the judgment is affirmed. The consented to modification is designed to implement the promise of the court and the

obvious intention of all parties at the time of sentence. Concur—Silverman, J. P., Fein, Markewich and Sandler, JJ.